**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**Robert McFeeter**
    **Plaintiff,**

-vs-                                                  **Case No.  C-1-01-900**

**Kathy Jones, et al.,**
    **Defendant.**

---

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DOC 25] IS **GRANTED** AND THIS CASE IS **CLOSED** PURSUANT TO ORDER OF THE COURT [DOC 3O].

Date:  September 19, 2003                        KENNETH J. MURPHY, JR., CLERK

                                                        By:<u>s/                                          </u>
                                                          Tempann Thomas, Deputy Clerk