FILED
KENNETH J. MURPHY
CLERK

03 OCT 16 PM 1:53

[COURT STAMP]
DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT McFEETER | : | CASE NO. C-1-01-900 |
| PLAINTIFF, | : | |
| vs: | : | |
| | : | **NOTICE OF APPEAL** |
| KATHY JONES, et al., | : | |
| DEFENDANTS. | : | |

Notice is hereby given that Robert McFeeter, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from an order granting summary judgment on behalf of Defendants entered in this action on the 19th day of September, 2003

[Signature]

James D. Ruppert (0011817)
Joshua G. Burns (0074361)
Attorneys for Robert McFeeter
RUPPERT, BRONSON, RUPPERT &
D'AMICO, Co., LPA
1063 E. Second Street
P.O. Box 369
Franklin, Ohio 45005
Phone: (937) 746-2832

RUPPERT, BRONSON
RUPPERT & D'AMICO
CO., L.P.A.
Attorneys at Law
1063 E. Second St.
Franklin, OH 45005-0369
746-2833

## REQUEST FOR SERVICE

The undersigned hereby requests the Clerk of Courts serve a true and accurate copy of the foregoing upon the following pursuant to Federal Rule of Appellate Procedure 3(d):

Konrad Kircher, (0059249)
Attorney for Kathy Jones, Kenneth Mynhier,
John Spicer, James Brammer, and Mary Jones
Kircher Law Office
4824 Socialville-Foster Road
Mason, OH 45040

*James D. Ruppert (0011817)*
Joshua G. Burns (0074361)
Attorneys for Robert McFeeter

RUPPERT, BRONSON
RUPPERT & D'AMICO
CO., L.P.A.
Attorneys at Law
1063 E. Second St.
Franklin, OH 45005-0369
746-2833

2