Thu Oct 16 13:34:20 2003

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 420556
Cashier       kjl

Tender Type   CHECK

Check Number: 5194

Transaction Type   N

DO Code    Div No    Acct
4661         1       086900

Amount              $   105.00

RUPPERT, BRONSON, RUPPERT, & D'AMICO

NOTICE OF APPEAL ON C-1-01-900

Thu Oct 16 13:34:20 2003

Check No. 5194
Amount$  105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 466.