# TRANSMISSION FORM

**MICHELLE DAVIS**

Cinti [signature]

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:01cv900 | **Court of Appeals Case No:** 03-4363 |
| **SHORT CA**[RECEIVED OCT 2 0 2003] **ROBERT McFEETER** | Case Manager: MICHELLE DAVIS |
| **Plaintiff/Petitioner** [Leonard Green Clerk] vs. **KATHY JONES, et al.,** **Defendant/Respondent** *provide pro se address IF NOT on the docket sheet | **Date Filed:** FILED OCT 2 2 2003 LEONARD GREEN, Clerk |
| **District Court Judge:** Sandra S. Beckwith  **Court Reporter(s):** | **Anything That Needs Special Attention** Notice of Appeal (doc.#32) appealing Order (doc.#30) entered on September 19, 2003. |
| **From Deputy Clerk:** Arthur Hill  **Date:** October 17, 2003 | |
| $105.00 Appeal Filing Fee Paid? **YES** | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**KENNETH J. MURPHY**
Clerk: _____
United States District Court