UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-4363

Filed: August 12, 2004

ROBERT MCFEETER

    Plaintiff - Appellant

01 cv 900

v.

KATHY JONES, in her capacity as a City of Middletown Police Officer and individually, et al

    Defendants - Appellees

### MANDATE

Pursuant to the court's disposition that was filed 7/15/04 the mandate for this case hereby issues today.

A True Copy.

COSTS: NONE

Attest:

_____
Deputy Clerk