UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ROBERT McFEETER,** | : | **CASE NO. C-1-01-900** |
| | : | (Beckwith, J.; Hogan, M.J.) |
| PLAINTIFF, | : | |
| | : | |
| vs: | : | **ENTRY GRANTING MOTION** |
| | : | **TO AMEND JOINT PRETRIAL** |
| **CITY OF MIDDLETOWN** | : | **STATEMENT** |
| **POLICE DEPARTMENT, et al.,** | : | |
| | : | |
| DEFENDANTS. | : | |

Upon Motion of Plaintiff, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff is hereby granted leave to amend the Joint Pretrial Statement filed herein to allow for the deposition of Corrections Officer Mary Jones to be read into the record should she not appear at trial in the within matter.

SO ORDERED:

_____
JUDGE

1

**/s/ James D. Ruppert**
_____
James D. Ruppert (0011817)
Joshua G. Burns (0074361)
Co-Counsel for Plaintiff
Ruppert, Bronson, Ruppert &
D'Amico, Co., LPA
1063 E. Second Street
P.O. Box 369
Franklin, Ohio 45005
Phone: (937) 746-2832