UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ROBERT McFEETER,** | : | **CASE NO. C-1-01-900** |
| | : | (Beckwith, J.; Hogan, M.J.) |
| **PLAINTIFF,** | : | |
| | : | |
| vs: | : | **STIPULATION REGARDING** |
| | : | **TRIAL BRIEF** |
| **CITY OF MIDDLETOWN** | : | |
| **POLICE DEPARTMENT, et al.,** | : | |
| | : | |
| **DEFENDANTS.** | : | |

    Now come the parties and hereby notify the Court that they are in agreement that there are no outstanding issues of law other than that set forth in their respective Motions in Limine which would require argument and a Trial Brief. Additionally, the Court has been fully apprised of the facts of this case in previous pleadings. Therefore, neither party will be filing a Trial Brief to submit to the Court.

                                                      RUPPERT, BRONSON & RUPPERT
                                                      CO., LPA

                                                      **/s/ James D. Ruppert**

                                                      James D. Ruppert (0011817)
                                                      Joshua G. Burns (0074361)
                                                      Co-Counsel for Plaintiff
                                                      1063 E. Second Street
                                                      P.O. Box 369
                                                      Franklin, Ohio 45005
                                                      Phone: (937) 746-2832

2

**/s/ Konrad Kircher per telephone authorization of 11/17/2004**

_____
Konrad Kircher  (0059249)
Attorney for Defendants
4824 Socialville-Foster Road
Mason, Ohio  45040
Phone:  (513) 229-7996
Fax:  (513) 229-7995