# CIVIL MINUTE SHEET

**CASE NUMBER:** C-1-01-900  **DATE:** Wed. Dec 1 2004
**TITLE:** McFeeter v. Middletown Police Dept., et al.
**RE:** Hearing on motions in limine (Docs. 42 & 44)
(3:40 pm – 4:02)

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Nate Smith
**Court Reporter:** Mary Ann Ranz

**Attorney for Plaintiff(s)**
James Ruppert

**Attorney for Defendant(s)**
Konrad Kircher

## WITNESSES

## PROCEEDINGS

Δs' motion in limine (Doc. 42) – Δ indicates that motion is agreed upon (unless Δ "opens the door"). – Motion is GRANTED.

πs' motions in limine (Doc. 44) Re: A) playing of audiotape – DENIED; B) activities prior to arrest – DENIED