# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Robert McFeeter,
    Plaintiff

v.                                        Case No.  1:01-cv-900

City of Middletown Police
Department, et al.,
    Defendants

---

## ORDER

---

        The Court having been advised by the parties that the within action has been settled;

        It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.  The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.  The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date: <u>December 3, 2004</u>      <u>s/Sandra S. Beckwith       </u>
                                          Sandra S. Beckwith, Chief Judge
                                          United States District Court